IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-35795 |
| | ) | |
| Matthew E Radom and Vanessa R Derussy | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | Judge: Jacqueline P. Cox |

**NOTICE OF MOTION**

To:  Matthew E Radom and Vanessa R Derussy, 1774 Linden Street Des Plaines, IL 60018 *via US mail*
The United States Trustee *via ECF Delivery System*
Tom Vaughn, Chapter 13 Trustee *via ECF delivery system*
Portfolio Recovery Associates, LLC, P.O. Box, 41067, Norfolk, VA 23541 *via Certified Mail*
Portfolio Recovery Associates, LLC, 130 Corporate Blvd, Norfolk, VA 23502 *via Certified Mail*
GE MONEY BANK, PO BOX 965036, ORLANDO FL 32896-0000 *via Certified Mail*
McCalla Raymer Pierce, LLC, Dana N O'Brien, 1 N Dearborn Street, Suite 1200 Chicago, IL 60602 *via US Mail*
Wells Fargo Bank, N.A., Default Document Processing, N9286 01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 *via US Mail*
CORPORATION SERVICE COMPANY, Registered Agent for Portfolio Recovery Associates, LLC, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525 *via Certified Mail*
Andrew Berardi, Title President for Portfolio Recovery Associates, LLC, 130, Corporate Blvd, Norfolk, VA, 23502 *via Certified Mail*
Chief Compliance Officer, Laura White (DBA Certified Individual Member Number: P1409-1070 / Since 09/2014), at PRA Group, 150 Corporate Blvd, Norfolk, VA 23502 *via Certified Mail*

 See attached Service list

Please take notice that on April 8, 2019 at 9:00 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Jacqueline P. Cox or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 680, Chicago, IL, and shall request that the Motion to Avoid Judicial Lien be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)

1

        Cutler & Associates Ltd.
        4131 Main St.
        Skokie IL 60076
        (847) 673-8600

## **CERTIFICATE OF SERVICE**

    The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via certified mail and US Mail to the above captioned by 6:00 p.m. on or before March 19, 2019.

        /s/ *David H. Cutler*
        Attorney for Debtor(s)

2

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLNOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-35795 |
| | ) | |
| Matthew E Radom and Vanessa R Derussy | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | Judge: Jacqueline P. Cox |

### DEBTORS' MOTION TO AVOID JUDICIAL LIEN
### OF PORTFOLIO RECOVERY ASSOCIATES, LLC

NOW COME THE Debtor's, Matthew E Radom and Vanessa R Derussy, by and through their attorneys, Cutler and Associates, Ltd., and herby move this Court pursuant to Section 350(b) of the Bankruptcy Code ("Code") for an Order avoiding the judicial lien held by Portfolio Recovery Associates, LLC the property located at 1774 Linden Street Des Plaines, IL 60018, pursuant to Section 522 (f) of the Code and Bankruptcy Rule 4003 (d). In support of this Motion, Debtors state the following:

1. The Debtor's filed a voluntary bankruptcy petition under Chapter 13 on November 30, 2017.

2. The Debtor's plan was confirmed by this Honorable court on February 5, 2018.

3. On February 25, 2014, a Judgment was entered in favor of Portfolio Recovery Associates, LLC herein after referred to as "Creditor" in the amount of approximately $2,716.20 plus costs. (See attached Exhibit A)

4. On May 16, 2014 Creditor's Judgement was Recorded with the Cook County Recorder of Deeds as a Judgement Lien against the Debtor, Vanessa R Derussy and therefore affecting Debtor's real property located at 1774 Linden Street Des Plaines, IL 60018 ("Subject Property")

5. Subject Property has a current fair value of $180,870.00 and is encumbered by a mortgage with Wells Fargo Bank approximately totaling $167,072.61 and Wells Fargo Bank has priority over Portfolio Recovery Associates, LLC.

6. The Debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt in their bankruptcy case.

7. The existence of the Portfolio Recovery Associates, LLC lien on Debtor's real property impairs exemptions to which the Debtor's would be entitled under 11 U.S.C.Sec.522(b).

WHEREFORE, the Debtor's hereby request that this Court grant the Motion and enter an Order avoiding the judgment lien of Portfolio Recovery Associates, LLC on the Debtor's residence; and for all other relief that is just and proper.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600