UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-35795 |
| Matthew E Radom and Vanessa R Derussy ) | (Jointly Administered) | |
| ) | Chapter: 13 | |
| ) | Honorable Jacqueline Cox | |
| Debtor(s) ) | | |

### ORDER AVOIDING JUDICIAL LIEN OF PORTFOLIO RECOVERY ASSOCIATES, LLC

This matter having been presented on the Debtor's Motion to Avoid Judicial Lien of PORTFOLIO RECOVERY ASSOCIATES, LLC; due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1) Debtor's motion is granted, as set forth herein;

2) The judicial lien of PORTFOLIO RECOVERY ASSOCIATES, LLC, entered on February 25, 2014 and recorded May 16, 2014, as Document Number 1413633038 with the Cook County Recorder of Deeds in the amount of $2,716.20, plus costs against the Debtor's and the real property located at 71774 Linden St, Des Plaines, IL 60018, is hereby avoided.

Enter:    J. Cox    *Jacqueline P. Cox*

Dated: 4-8-19

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20120501_bko