UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 17-35795
Matthew E Radom and Vanessa R Derussy  )
)   Chapter: 13
)   Honorable Jacqueline P Cox
)
)
Debtor(s)  )

## ORDER PERMITTING THE SALE OF REAL ESTATE

Having read the motion for permission to sell real estate, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

IT IS HEREBY ORDERED:

1. The Debtors are authorized to sell real estate located at 1774 Linden Street Des Plaines, IL 60018 for the approximate amount of $219,000.00.
2. The Debtors shall forward a copy of the RESPA or Closing Disclosure Settlement Statement to the Chapter 13 Trustee in this case within 3 days after the closing.
3. At the closing proceeds of the transaction shall be used to pay off all existing mortgages and other liens against the Debtors real estate plus usual and customary closing costs and fees of the Debtors; Wells Fargo will be paid in full at closing subject to a proper payoff quote, or that any sale short of full payoff will be subject to Wells Fargo's final approval, and the deadline for the sale closing should be within 90 days from the date of the order.
4. Except for the homestead exemption amount of $30,000.00, the balance remaining after payment of the amounts listed in paragraph 3 shall be forwarded to the Chapter 13 Trustee Tom Vaughn, who must allocate that balance between creditors and the Debtor in the manner described in the Debtor's confirmed Chapter 13 plan or modification thereof.
6. Parties presently within the personal jurisdiction of the Bankruptcy Court may be subject to civil contempt remedies for violation of this order. If other entities, including the lender, title company, or other escrow-account holder, do not comply with this order, they may be subject to a suit to avoid and recover unauthorized post petition transfers pursuant to 11 U.S.C. §§ 549 & 550.

Enter: *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 19, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600